## Case Information

### KLIGORE, KAY vs. HORTICA INSURANCE

| | |
|---|---|
| *Case Identifier* | Muskogee OK — CJ-2015-00139 |
| *Type of Case* | Civil Cases in which the relief sought exceeds $10,000 |
| *Date Filed* | 04/02/2015 |
| *Amount Owed* | $0.00 (as of 06/09/2015 02:17pm) |

## Offense or Cause

# DAMAGES ($10,001 OR MORE)

## Parties Involved

| | |
|---|---|
| **Plntf Atty.** | SMITH, BRET A. *of Muskogee OK* |
| **Judge** | STOUT, WELDON |
| **Plaintiff** | KLIGORE, KAY *of Muskogee OK* |
| **Defendant** | HORTICA INSURANCE |

## Case entries

| Date | Description | Amount | Images |
|---|---|---|---|
| 04/02/2015 | FILE & ENTER PETITION | $163.00 | 2 images |
| | LAW LIBRARY | $6.00 | |
| | DISPUTE MEDIATION | $2.00 | |
| | Oklahoma Court Information System Fee - Effective 07/01/04 | $25.00 | |
| | LENGTHY TRIAL FUND | $10.00 | |
| | OK COURT APPOINTED SPECIAL ADVOCATES | $5.00 | |
| | 10% OF CASA TO COURT CLERK REVOLVING FUND | $0.50 | |
| | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $2.00 | |
| | 10% OF COJC TO COURT CLERK REVOLVING FUND | $0.20 | |
| 04/02/2015 | SUMMONS ISSUED TO ATTY FOR SERVICE BY PROCESS SERVER | $5.00 | 2 images |
| 05/27/2015 | SUMMONS ISSUED TO ATTY FOR SERVICE BY PROCESS SERVER | $5.00 | 2 images |
| 06/05/2015 | ALIAS SUMMONS RETURNED | | 2 images |
| **Grand Total** | | **$223.70** | |

## Receipts

| Date | Description | Amount |
|------|-------------|--------|
| 04/02/2015 | R2-376115 BRET A. SMITH | $218.70 |
| 05/27/2015 | Receipt R2-380459 received of SMITH, BRET | $5.00 |
| **Grand Total** | | **$223.70** |

IN THE DISTRICT COURT OF MUSKOGEE COUNTY
STATE OF OKLAHOMA

Kay Kilgore dba
L & K, Inc./Bebb's Flowers,  )
    Plaintiff,  )
      )
vs.  )  Case No.: CJ-2015- _139_
      )
Hortica Insurance & Employee  )
Benefits,  )
    Defendants.  )

**PETITION**

    **COMES NOW** the Plaintiff Kay Kilgore dba L&K, Inc./Bebb's Flowers, by and through

her attorneys Bret A. Smith and Rick Paynter, and for her claim against the Defendant states and

alleges as follows:

    1.  That the Plaintiff operates a business in Muskogee, Muskogee County, OK, known as

Bebb's Flowers.

    2.  That the Defendant is an out of state insurance company providing insurance coverage

in the State of Oklahoma.

    3.  The Plaintiff incurred damage to her business on the 3rd day of April, 2014 due to a

hail and wind storm in Muskogee, Muskogee County, Oklahoma.

    4.  The Plaintiff's had a business policy with the Defendant Hortica Insurance & Employee

Benefits (hereinafter "Hortica"), policy number BP-05280.

    5.  The aforementioned policy of insurance issued by the Defendant provided property

damage insurance for the Plaintiff's business.

    6.  The hail and wind related damages include, without limitation: damage to the roof and

interior.  The replacement cost value of the damaged property exceeds $75,000.00.

7.   The Plaintiff promptly reported the loss and filed a claim with the Defendant.   The

Plaintiff's claim is unresolved.

WHEREFORE, premises considered the Plaintiff prays for a Judgment over and against

the Defendant in an amount in excess of Seventy Five Thousand Dollars and no/cents

($75,000.00), together with attorney fees, costs and any other relief this Court deems just and

proper.

BRET A. SMITH, OBA#14521
RICK PAYNTER, OBA#11149
Post Office Box 2250
Muskogee, OK 74402
(918) 687-0011

ATTORNEY LIEN CLAIMED

## IN THE DISTRICT COURT FOR MUSKOGEE COUNTY
## STATE OF OKLAHOMA

Kay Kilgore dba L&K Inc./Bebb's Flowers )
    Plaintiff, )
     )
vs. )
     )    Case No. CJ-2015- *139*
     )
Hortica Insurance & Employee Benefits, )
    Defendant. )

ORIGINAL

### SUMMONS

TO THE ABOVE-NAMED DEFENDANT: Hortica Insurance & Employee Benefits, c/o Insurance Commissioner, 3625 NW 56th St., Ste. 100, Oklahoma City, OK 73112

    You have been sued by the above-named Plaintiff and you are directed to file a written answer to the attached Petition in the court at the above address within twenty(20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with the costs of the action.

    Issued this 2nd day of April, 2015.

                                       , Court Clerk

                                By: _____
                                Deputy Court Clerk

(SEAL)
BRET A. SMITH, OBA#14521
RICK PAYNTER, OBA#11149
Post Office Box 2250
Muskogee, OK 74402
(918) 687-0011
YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.

## RETURN OF SERVICE
## PERSONAL SERVICE

I certify that I delivered the foregoing summons on the _____ day of _____, 201__, by personal service on
_____.

## USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the ___ day of _____, 201_, and that on _____,
I served _____ by leaving a copy of the petition at _____, which is the usual place of
his/her residence, with _____, a person over fifteen (15) years of age who resides therein.

## CORPORATION RETURN

Received this summons this ___ day of _____, 201_, and as commanded therein, I summoned the within
named defendant, as follows, to-wit:
_____
a corporation, on the ___ day of _____, 201_, by delivering a true and correct copy of the within summons hereof and
a copy of the petition, to _____, being the _____ of said corporation.

## NOT FOUND

Received this summons this ___ day of _____, 201__, I certify that the following persons of the defendant(s)
within named were not found in said county:
_____
_____
_____

## FEES

Fee for service: $_____, Mileage: $_____, Total $_____
Dated this ___ day of _____, 200__.

(Sheriff)(Process Server)

By:_____
      (Deputy)

_____County

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition attached to the following named
defendants at the address shown by certified mail, addressee only, return receipt requested, on the ____ day of
_____, 201_, and receipt hereof on the dates shown:
_____
_____
_____

## IN THE DISTRICT COURT FOR MUSKOGEE COUNTY
## STATE OF OKLAHOMA

Kay Kilgore dba L&K Inc./Bebb's Flowers )
            Plaintiff, )
                  )
vs.                  )      Case No. CJ-2015-139
                  )
Hortica Insurance & Employee Benefits, )
           Defendant. )

*ORIGINAL*

### ALIAS SUMMONS

TO THE ABOVE-NAMED DEFENDANT:   Hortica Insurance & Employee Benefits, Post Office Box 428, Edwardsville, IL 62025

You have been sued by the above-named Plaintiff and you are directed to file a written answer to the attached Petition in the court at the above address within twenty(20) days after service of this summons upon you, exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.  Unless you answer the Petition within the time stated, judgment will be rendered against you with the costs of the action.

Issued this 27 day of May, 2015.

*Paula Sexton*, Court Clerk

By: *C Ragsdale*
Deputy Court Clerk

(SEAL)
BRET A. SMITH, OBA#14521
RICK PAYNTER, OBA#11149
Post Office Box 2250
Muskogee, OK 74402
(918) 687-0011
YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.

## RETURN OF SERVICE
## PERSONAL SERVICE

I certify that I delivered the foregoing summons on the _____ day of _____, 201__, by personal service on
_____.

## USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the ___ day of _____, 201_, and that on _____,
I served _____ by leaving a copy of the petition at _____, which is the usual place of
his/her residence, with _____, a person over fifteen (15) years of age who resides therein.

## CORPORATION RETURN

Received this summons this ___ day of _____, 201_, and as commanded therein, I summoned the within
named defendant, as follows, to-wit:
_____
a corporation, on the ___ day of _____, 201_, by delivering a true and correct copy of the within summons hereof and
a copy of the petition, to _____, being the _____ of said corporation.

## NOT FOUND

Received this summons this ___ day of _____, 201_, I certify that the following persons of the defendant(s)
within named were not found in said county:
_____
_____

## FEES

Fee for service: $_____, Mileage: $_____, Total $_____
Dated this ___ day of _____, 200_.


(Sheriff)(Process Server)

By:_____
    (Deputy)

_____County

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition attached to the following named
defendants at the address shown by certified mail, addressee only, return receipt requested, on the ____ day of
_____, 201_, and receipt hereof on the dates shown:
_____
_____
_____

IN THE DISTRICT COURT FOR MUSKOGEE COUNTY
STATE OF OKLAHOMA

Kay Kilgore dba L&K Inc./Bebb's Flowers )
    Plaintiff, )
 )
vs. ) Case No. CJ-2015-139
 )
Hortica Insurance & Employee Benefits, )
    Defendant. )

*ORIGINAL*

ALIAS SUMMONS

*2015 JUN -4  AM 9: 11*
*PAULA SEXTON COURT CLERK*
*STATE OF OKLAHOMA COUNTY OF MUSKOGEE FILED*

TO THE ABOVE-NAMED DEFENDANT:   Hortica Insurance & Employee Benefits, Post Office Box 428, Edwardsville, IL 62025

You have been sued by the above-named Plaintiff and you are directed to file a written answer to the attached Petition in the court at the above address within twenty(20) days after service of this summons upon you, exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.  Unless you answer the Petition within the time stated, judgment will be rendered against you with the costs of the action.

Issued this 27 day of May, 2015.

_Paula Sexton_, Court Clerk

By: _C. Ragsdale_
    Deputy Court Clerk

(SEAL)
BRET A. SMITH, OBA#14521
RICK PAYNTER, OBA#11149
Post Office Box 2250
Muskogee, OK 74402
(918) 687-0011
YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.

## RETURN OF SERVICE
### PERSONAL SERVICE

I certify that I delivered the foregoing summons on the _____ day of _____, 201__, by personal service on
_____.

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the ___ day of _____, 201_, and that on _____,
I served _____ by leaving a copy of the petition at _____, which is the usual place of
his/her residence, with _____, a person over fifteen (15) years of age who resides therein.

### CORPORATION RETURN

Received this summons this ___ day of _____, 201_, and as commanded therein, I summoned the within
named defendant, as follows, to-wit:
_____
a corporation, on the ___ day of _____, 201_, by delivering a true and correct copy of the within summons hereof and
a copy of the petition, to _____, being the _____ of said corporation.

### NOT FOUND

Received this summons this ___ day of _____, 201_, I certify that the following persons of the defendant(s)
within named were not found in said county:
_____
_____

### FEES

Fee for service: $_____, Mileage: $_____, Total $_____
Dated this ___ day of _____, 200__.

(Sheriff)(Process Server)

By: _____
        (Deputy)

_____County

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition attached to the following named
defendants at the address shown by certified mail, addressee only, return receipt requested, on the 27 day of
May , 201 5 and receipt hereof on the dates shown:

_____ June 1 2015 _____

_____