# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAY KILGORE d/b/a L&K, INC./BEBB'S FLOWERS, | ) ) ) |
| Plaintiff, | ) Case No. 15-CV-214-RAW ) |
| vs. | ) ) |
| HORTICA INSURANCE & EMPLOYEE BENEFITS, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a), Plaintiff, Kay Kilgore d/b/a L&K, Inc./Bebb's Flowers ("Plaintiff") and Defendant, Hortica Insurance & Employee Benefits ("Defendant"), submit this Joint Stipulation of Dismissal based upon the settlement agreement reached by the parties. Plaintiff and Defendant stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated this 17th day of May, 2016.

                                                Respectfully Submitted,

                                                **WILBURN & MASTERSON**

                                                By *s/ David R. Fleury*
                                                    **MICHAEL J. MASTERSON, OBA# 5769**
                                                    **DAVID R. FLEURY, OBA# 31059**
                                                    2421 E. Skelly Dr.
                                                    Tulsa, OK  74105-6006
                                                    (918) 494-0414
                                                    FAX:  (918) 493-3455
                                                    E-Mail: david.fleury@wilburnmasterson.com

                                                ATTORNEYS FOR DEFENDANT

-AND-


_s/Bret A. Smith_____
Bret A. Smith, OBA# 14521
Rick Paynter, OBA# 11149
P.O. Box 2250
Muskogee, OK 74402
(918) 687-0011

ATTORNEYS FOR PLAINTIFF